

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00102-CV

**GONZALES NURSING OPERATIONS, LLC** f/d/b/a Texan Nursing & Rehab of Gonzales,
Appellant

v.

Alta Mae **SMITH**, Rosie L. Smith, Alton Allen, Jr., A.B. Allen, David L. Allen, Melvin L.
Allen, Individually and on Behalf of the Estate of Nannie B. Allen, Deceased,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-14718
Honorable Laura Salinas, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK
OF JURISDICTION. We ORDER appellant to pay the costs of this appeal.

It is so **ORDERED** on September 23, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 23rd day of September, 2020.

_____
Michael A. Cruz, Clerk of Court